ACCEPTED
03-14-00632-CV
3608239
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/29/2014 4:56:09 PM
JEFFREY D. KYLE
CLERK

## No. 03-14-00632-CV

In The Third
Court of Appeals
Austin Division

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/29/2014 4:56:09 PM
JEFFREY D. KYLE
Clerk

**Karl B. Bailey**
*Appellant,*

v.

**MidFirst Bank**
*Appellee.*

ON APPEAL FROM THE DISTRICT COURT, 250TH JUDICIAL DISTRICT,
TRAVIS COUNTY, TEXAS
TRIAL COURT CAUSE NO. D-1-GN-14-002430

## APPELLANT'S OPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

ANTHONY READ
SBN: 24056184
WILLIAM B. GAMMON
SBN: 07611280
**GAMMON LAW OFFICE, PLLC.**
1201 Spyglass Drive, Suite 100
Austin, Texas 78746
Phone: 512-444-4529
Fax: 512-545-4279
Firm@GammonLawOffice.com
ATTORNEY FOR APPELLANT

TO THE HONORABLE THIRD COURT OF APPEALS

COMES NOW, Karl B. Bailey, by and through his attorneys of record and files his Second Motion for Extension of time to file Appellant's Brief. In support thereof, Appellant shows as follows:

1. This appeal is from Judgment entered in Cause No. D-1-GN-14-002430, in the 250th Judicial District Court, Travis County, Texas.

2. Judgment was signed and entered on July 2, 2014.

3. Appellant filed Plaintiff's Motion for New Trial on July 28, 2014.

4. Appellant perfected this appeal on September 29, 2014, by filing Plaintiff's Notice of Appeal.

5. Appellant requested, and was granted, his first extension from December 2, 2014, to January 2, 2015, to file his brief.

6. Appellant's brief is currently due on January 2, 2015.

7. Appellant wishes to extend the current deadline for Appellant's Brief by ten (10) days, from January 2, 2015, until January 12, 2015.

8. Appellant's counsel, the undersigned, has been preparing for and attending, and continues to prepare for numerous hearings and trial settings, as listed below:

a. Prepare for and attend hearing on December 20, 2014 in Cause No. J2-CV-14-076182; *Citimortgage, Inc. v Standiford, et al.*, in the Justice Court, Precinct 2, Travis County, Texas.

b. Prepare for and attend hearing on December 1, 2014 in Cause No. J2-CB-14-076106; *Peters v Peters, et al.*, in the Justice Court, Precinct 2, Travis County, Texas. Additionally, the undersigned has been preparing for jury trial in this case, currently set for December 31, 2014.

c. Prepare for and attend hearing on December 17, 2014 in Cause No. J2-CV-14-076232; *MidFirst Bank, et al,* in the County Court at Law, No. 2, Travis County, Texas.

d. Prepare for and attend hearing on December 15, 2014 in Cause No. D-1-GN-14-003621; *In Re: Order for Foreclosure,* in the 98th District Court, Travis County, Texas.

e. Prepare for and attend hearing on December 3, 2014 in Cause No. D-1-GN-14-001701; *Champion Printing, et al,* in the 345th District Court, Travis County, Texas.

9. Appellant's counsel has been diligently working during this holiday season.

10. Appellant's counsel, while working on the above-listed tasks, has not been

able to adequately prepare Appellee's brief.

11. This is Appellant's second request for extension. Appellant does not seek this extension for purposes of delay, but so counsel may facilitate the most efficient and effective contention, by utilizing all available resources in order to provide effective representation.

12. The undersigned has conferred with Robert Forester, counsel for Appellee, who informed him that he would contact his client regarding the relief sought in this motion. Mr. Forester did not advise prior to filing of this motion and so must be considered opposed.

WHEREFORE PREMISES CONSIDERED, Appellant respectfully requests the court grant Appellant's motion and extend the deadline from January 2, 2015, to January 12, 2015, for filing of Appellant's brief.

Respectfully submitted,

By: /s/ Anthony Read
WILLIAM B. GAMMON, SBN: 07611280
ANTHONY READ, SBN: 24056184
**GAMMON LAW OFFICE, PLLC.**
1201 Spyglass Drive, Suite 100
Austin, Texas 78746
Phone: 512-444-4529
Fax: 512-545-4279
Firm@GammonLawOffice.com
ATTORNEYS FOR APPELLANT

## CERTIFICATE OF CONFERENCE

Pursuant to Texas Rules of Appellate Procedure 10.1(a)(5), I hereby certify that our office has conferred, or made a reasonable attempt to confer, with all other parties which are listed below about the merits of this motion on this the 29th day of December, 2014.

Name: Robert Forester
**Date Contacted:** December 29, 2014
**Method of contact:** Phone at 972-340-7935
**Results:** Mr. Forester informed the undersigned that he would confer with his client regarding this motion. However, he did not contact Appellant with an answer therefore it must be assumed, is opposed to this request for extension of time for Appellant to file his brief.

*/s/ Anthony Read*
Anthony Read

## CERTIFICATE OF SERVICE

Pursuant to Texas Rules of Appellate Procedure 9.5, I hereby certify that a true and correct copy of the foregoing instrument has been served on this 29th day of December, 2014.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system and copies will be mailed via facsimile to those indicated as non-registered participants on December 29, 2014.

CHRIS POCHYLA, SBN: 24032842
**BARRETT DAFFIN FRAPPIER TURNER &ENGLE, LLP**
15000 Surveyor Blvd., Ste. 100
Addison TX 75001
Phone: 972-340-7935
Fax: 972-341-0734
*Counsel for MidFirst Bank*

*/s/ Anthony Read*
Anthony Read